# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LLOYD NESCI, | 3:17-CV-0126-MMD-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| ROMEO ARANAS, et al., | |
| Defendants. | |

On December 8, 2017, the Court conducted a motion hearing at which time the Court advised the parties that if the case settled at the settlement conference, the Court would provide the parties with a transcript of the outcome of the settlement conference (ECF No. 61).

On December 11, 2017, the parties reached an agreement to settle this case and the terms of the settlement conference were stated on the record (ECF No. 62).

Therefore, the Clerk is directed to arrange for the preparation of a transcript of the settlement conference held before this Court on December 11, 2017 (ECF No. 62) at the expense of the United States District Court on a non-expedited basis.

**IT IS SO ORDERED.**

DATED: December 14, 2017.

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE