1  ADAM PAUL LAXALT
      Attorney General
2  JAMES N. BOLOTIN
      Deputy Attorney General, Bar #13829
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1159
6  E-mail: jbolotin@ag.nv.gov

7  *Attorneys for Defendants*

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  FRANK LLOYD NESCI,                        Case No.  3:17-cv-00126-MMD-VPC

12                      Plaintiff,
                                              **STIPULATION AND ORDER FOR**
13  vs.                                       **DISMISSAL WITH PREJUDICE**

14  ROMEO ARANAS, et al.,

                      Defendant.
15

16        Plaintiff, Frank Lloyd Nesci, in *pro se*, and Defendants, Romeo Aranas, Isidro Baca, James

17  Dzurenda, Linda Fox, and John Keast, through counsel, Adam Paul Laxalt, Attorney General of the State

18  of Nevada, and James Bolotin, Deputy Attorney General, upon a Settlement Agreement reached, hereby

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                        1

1  stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees

2  and costs.

3

4  DATED this 18 day of December, 2017.

5  Frank Lloyd Nesci, *pro se*

6

7

8  By: _____

9  Frank Lloyd Nesci #55250
   Northern Nevada Correctional Center
   P.O. Box 7000
10  Carson City, NV 89702
   Plaintiff, *in pro se*

11

DATED this 20 day of December, 2017.

OFFICE OF THE ATTORNEY GENERAL

By: _____
James N. Bolotin, SBN 13829
100 N. Carson Street
Carson City, NV 89701
(775) 684-1159
jbolotin@ag.nv.gov
Attorneys for Defendants

12

13  **APPROVED AND SO ORDERED:**

14  Dated: _____December 20, 2017_____

15  _____
   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December 2017, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

FRANK LLOYD NESCI, #55250
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV  89702
nncclawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

3